IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02261-WYD-MJW

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff,

v.

ACTSOFT, INC.; and
OHIO HOUSE MONITORING SYSTEMS, INC.,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Preliminary Injunction filed January 3, 2008. Plaintiff's counsel advised the Court that a three (3) day hearing is needed on the motion. Having reviewed the motion and accompanying brief and being fully advised in the premises, it is

ORDERED that a three (3) day hearing on the Motion for Preliminary Injunction is set to commence on **Wednesday, May 28, 2008, at 9:00 a.m.** and shall continue through **Friday, May 30, 2008** in Courtroom A-1002. It is further

ORDERED that the parties shall refer to D.C.COLO.LCivR 7.1C for the deadlines for filing a response and reply brief.

Dated: January 11, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge