IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02261-WYD-MJW (consolidated with 08-cv-01226-WYD-CBS)

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff,

v.

ACTSOFT, INC.; and
OHIO HOUSE MONITORING SYSTEMS, INC.,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Joint Motion to Consolidate Actsoft, Inc. v. Alcohol Monitoring Systems, Inc., Civil Action No. 1:08-cv-01226-EWN-CBS, with this Action (filed June 26, 2008). The motion seeks to consolidate Civil Action No. 08-cv-01226 with this case pursuant to FED. R. CIV. P. 42(a) and D.C.COLO.LCivR 42.1. Because the instant case is the lower numbered case, I will rule on the proposed consolidation. *See* D.C.Colo.LCivR 42.1.

Rule 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the action; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950). Upon review of

the files in these cases, I find that the two cases involve common questions of law and fact and should be consolidated.  Therefore, it is

ORDERED that the Joint Motion to Consolidate Actsoft, Inc. v. Alcohol Monitoring Systems, Inc., Colorado Case No. 1:08-cv-01226-EWN-CBS, with this Action (filed June 26, 2008) is **GRANTED**.  *Actsoft, Inc. v. Alcohol Monitoring Systems, Inc.*, Colorado Case No. 1:08-cv-01226-EWN-CBS, shall be assigned to me and consolidated with this case for all further purposes.  It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in this case only, using the caption appearing in this Order.  It is

FURTHER ORDERED that Civil Action No. 08-cv-01226 shall hereafter be referred to the magistrate judge assigned to the lowest case, in this case Magistrate Judge Watanabe.  Finally, it is

ORDERED that the clerk of court shall docket this Order in *Actsoft, Inc. v. Alcohol Monitoring Systems, Inc.*, Colorado Case No. 1:08-cv-01226-EWN-CBS.

Dated:  June 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge