# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02261-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** November 04, 2008 | Courtroom Deputy, Ellen E. Miller |
| ALCOHOL MONITORING SYSTEMS, INC., | Phillip S. Lorenzo |
| | James E. Dallner |
| Plaintiff(s), | |
| v. | |
| ACTSOFT, INC., et al | Todd R. Tucker |
| | Richard E. Fee |
| Defendant(s). | Kathleen M. Wade |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **TELEPHONIC MOTIONS HEARING**
**Court in Session:** 3:00 p.m.
Court calls case. Telephonic appearances of counsel.

The Court raises Plaintiff's Motion to Amend Scheduling Order and Motion to Compel and Plaintiff's Motion to Amend Complaint for argument.

Oral arguments are presented. Questions and comments by the Court.

**It is ORDERED:** Plaintiff's MOTION TO AMEND SCHEDULING ORDER AND MOTION TO COMPEL [Docket No. 55, Filed September 30, 2008] is **TAKEN UNDER ADVISEMENT.**

The parties shall meet and confer regarding the customer information redaction issue.

**It is ORDERED:** No later than **NOVEMBER 13, 2008,** the parties shall file a Joint Status Report detailing which portions of the Plaintiff's Motion to Amend Scheduling Order and Motion to Compel (with specific attention to Paragraph 32. Conclusions. in Docket 56 Brief in Support of the motion) remain in dispute.

**It is ORDERED:** Plaintiff's MOTION TO AMEND COMPLAINT [Docket No. 62, Filed October 24, 2008] is **TAKEN UNDER ADVISEMENT.**
Defendants shall have up to and including **NOVEMBER 13, 2008** within which to Respond to the Motion to Amend Complaint [Docket No. 62] No Reply shall be filed.

Hearing concluded.
**Court in recess:** 3:33 p.m.
Total In-Court Time 00: 33

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.