IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02261-PAB-MJW

ALCOHOL MONITORING SYSTEMS, INC.,

Plaintiff(s),

v.

ACTSOFT, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order, DN 72 filed with the Court on November 7, 2008, is GRANTED. The deadline for the parties to complete depositions is extended up to and including November 26, 2008.

Date: November 12, 2008