IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:07-cv-02261-PAB-MJW
(Consolidated with 08-cv-01226)

ALCOHOL MONITORING SYSTEMS, INC.

Plaintiff,

v.

ACTSOFT, INC., and
OHIO HOUSE MONITORING SYSTEMS, INC.

Defendants.

---

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDENDUM**
( Docket No. 142 )

---

This Matter comes before the Court on Plaintiff, Alcohol Monitoring Systems, Inc.'s, Motion for Leave to File omitted Exhibit 2 to AMS' Motion to File Under Seal Exhibits to its Opposition to Defendant's Motion for Summary Judgment that Contain Confidential Information [Docket Entry #140]. This COURT, having reviewed the Motion, and having been fully advised in the premises, finds good cause to GRANT the Motion. Therefore, it is

ORDERED that Plaintiff's Motion to for Leave to File Exhibit #2 is GRANTED.

DATED this 10th day of February, 2009.

BY THE COURT,

~~U.S. District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO