**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 29, 2010
Court Reporter: Janet Coppock                  Time: 16 minutes

---

**CASE NO.  07-cv-02261-PAB-MJW**

| Parties | Counsel |
|---|---|
| **ALCOHOL MONITORING SYSTEMS, INC.,** | Michael Martin<br>Phillip Lorenzo<br>James Dallner |
|            Plaintiff, | |
| vs. | |
| **ACTSOFT, INC.,<br>OHIO HOUSE MONITORING SYSTEMS, INC., and<br>U.S. HOME DETENTION SYSTEMS and EQUIPMENT, INC.,** | Kyle Fleming<br>Richard Fee |
|            Defendants. | |

---

**TRIAL PREPARATION CONFERENCE**

---

**9:07 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Defendant Actsoft, Inc.'s Motion to Dismiss - Conditional Motion to Dismiss Lanham Act and Defamation Claims Without Prejudice (Doc #232), filed 1/26/10.

Page Two
07-cv-02661-PAB-MJW
January 29, 2010

**9:08 a.m.**     Argument by Mr. Fee.

**9:10 a.m.**     Argument by Mr. Martin.

**ORDERED:**  Defendant Actsoft, Inc.'s Motion to Dismiss - Conditional Motion to Dismiss Lanham Act and Defamation Claims Without Prejudice (Doc #232), filed 1/26/10, is **GRANTED.**

Discussion regarding the posture of trial in light of the Court's ruling and what remains pending.

**9:13 a.m.**     Comments by Mr. Fee.

**9:14 a.m.**     Comments by Mr. Martin.

**9:15 a.m.**     Comments by Mr. Fleming.

Court requests Mr. Fleming state his clients' position regarding the show cause order.

**9:16 a.m.**     Comments by Mr. Fleming.

**9:17 a.m.**     Comments by Mr. Martin.

**ORDERED:**  Order to Show Cause (Doc #228), filed 1/21/10, is **DISCHARGED.**

**ORDERED:**  In accordance with the Court's previously entered orders [Doc #196,197] and plaintiff Alcohol Monitoring Systems, Inc.'s concession during the hearing, defendant U.S. Home Detention Systems and Equipment, Inc. is entitled to summary judgment on plaintiff's patent infringement claims.

**ORDERED:**  Court **ACCEPTS** the Amended Answers (Doc # 229,230,231), which drop all counterclaims.

**ORDERED:**  Defendant Alcohol Monitoring Systems, Inc.'s Motion for Certificate of Appealability (Doc #201), filed 5/4/09, is **DENIED** as moot.

**ORDERED:**  Defendant Actsoft, Inc.'s Motion to Amend/Correct/Modify Pretrial Order (Doc #223), filed 8/11/09, is **DENIED** as moot.

Page Three
07-cv-02661-PAB-MJW
January 29, 2010

**ORDERED:**  Plaintiff Alcohol Monitoring Systems, Inc. may file its motion(s) for attorney's fees on or before, **Tuesday, February 16, 2010**.  Hearing on the parties' motions for attorney fees, if needed, will be set after motions, briefing, and responses are completed.

**ORDERED:**  Final judgment in this case shall not enter any earlier than **Wednesday, February 17, 2010**.

**9:24 a.m.**    **COURT IN RECESS**

**Total in court time:**    16 minutes

**Hearing continued**