**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: May 12, 2011
Court Reporter: Janet Coppock                Time: 27 minutes

---

**CASE NO.  07-cv-02261-PAB-MJW**

Parties                                      Counsel

**ALCOHOL MONITORING SYSTEMS,**             Phillip Lorenzo
                                            Michael Martin
                    Plaintiff (s),          James Dallner

vs.

**ACTSOFT, INC.,**                          Kyle Fleming
**OHIO HOUSE MONITORING**                   Richard Fee
**SYSTEMS, INC., and**
**US HOME DETENTION SYSTEMS,**

                    Defendant (s).

---

**STATUS CONFERENCE**

---

**10:35 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

This matter is before the Court after remand from the 10th Circuit Court of Appeals.

The parties have submitted status reports and proposed courses of action.

Page Two
07-cv-02261-PAB-MJW
May 12, 2011

Comments by Mr. Fee in response to the Court's inquiry as to why the defendants want to re-open and conduct additional discovery.

Comments by Mr. Lorenzo, opposing defendant's request.

Comments by Mr. Flemming.

Comments by the Court.

**ORDERED:**  Defendants' request to re-open discovery is **DENIED.**

Discussion regarding pending motions.

**ORDERED:**  Defendants' Motion to Declare Case Exceptional and for an Award of Attorneys' Fees (Doc #233), filed 1/21/10 is **WITHDRAWN WITHOUT PREJUDICE**, at the request of defense counsel.

**ORDERED:**  Defendants may supplement their summary judgment motion on the non-infringement claim and in light of the federal circuit's claim construction by **June 17, 2011.**  Plaintiff shall file its response by **July 8, 2011.** Defendants' reply is due **July 15, 2011.**

Discussion regarding length of trial and trial setting.

Counsel concur that the trial could be completed in eight days.

**ORDERED:**  Eight day jury trial is scheduled for **October 31, 2011.**  Trial preparation conference is scheduled for **October 11, 2011 at 1:00 p.m.**

**ORDERED:**  Mr. Fee is directed to file a notice with the Court, if he intends to appear at the trial preparation conference by telephone.

**ORDERED:**  Counsel directed to Magistrate Judge Watanabe's chambers to schedule another pretrial conference in preparation of an updated pretrial order.

Mr. Martin advises that defendant Actsoft, Inc. was purchased by a company named GS4 and that the plaintiff has requested to supplement its discovery to determine whether the complaint needs to be amended to add GS4 as a party.

Comments by Mr. Fee.

Page Three
07-cv-02261-PAB-MJW
May 12, 2011

Further comments by Mr. Martin.

**ORDERED:** If counsel cannot work out an informal agreement so there is an exchange
of information, they are directed to file any motions that are appropriate.

**11:02 a.m.    COURT IN RECESS**

**Total in court time:        27 minutes**

**Hearing concluded**