IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02261-PAB-MJW (consolidated with 08-cv-01226-PAB-MJW)

ALCOHOL MONITORING SYSTEMS, INC.,

      Plaintiff,

v.

ACTSOFT, INC.,
OHIO HOUSE MONITORING SYSTEMS, INC., and
US HOME DETENTION SYSTEMS AND EQUIPMENT, INC.,

      Defendants.
_____

**ORDER REGARDING PLAINTIFF'S
OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**
_____

      This matter comes before the court on plaintiff's Objections to Defendant's

Deposition Designations [Docket No. 318].

      The Court rules as follows:

**J. ROBERT ZETTL**

| Item # Ex. A | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | 3:1-7:1; 11:25-18:13; 57:2-13 | 1. Hearsay, FRCP 32(a)(1)(C); FRCP 32(a)(4); FRE 802; FRE 803 | Overruled |
| 2. | 76:5-22 | 1. Relevance, FRE 402 2. Unfair prejudice, FRE 403 3. Hearsay, FRCP 32(a)(1)(C); FRE 802; FRE 803 | Overruled |
| 3. | 84:1-86:18 | 1. Relevance, FRE 402 2. Unfair prejudice, FRE 403 3. Hearsay, FRCP 32(a)(1)(C); FRE 802; FRE 803 | Overruled |

**DAVID BEAZLEY**

| Item # Ex. B | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | 4:1-5; 10:17-11:16; 11:22-12:3; 17:19-21:21; and 23:18-24:11 | Hearsay; FRCP 32; FRE 802; FRE 803 | Overruled |

DATED October 17, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge