IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-02261-PAB-MJW
(Consolidated with 08-cv-1226)

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff,

vs.

ACTSOFT, INC.
OHIO HOUSE MONITORING SYSTEMS, INC., and
U.S. HOME DETENTION SYSTEMS AND EQUIPMENT, INC.

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO PRODUCE TRANSCRIPTS** [ Docket No 374 ]

---

Upon consideration of Plaintiff's Unopposed Motion for Leave to Produce Transcripts, it is

ORDERED that the Motion is granted, and the Stipulated Protective Order in the instant case is hereby modified to allow AMS to produce transcripts of deposition and hearing testimony of AMS employees and officers to BI, Inc., defendant in the case in the U.S. District Court, District of Colorado, titled <u>AMS v. BI, Inc.</u>, Civil Action No. 1:11-cv-301-DME-CBS.

DATED this 2nd day of March, 2012

                                  BY THE COURT:

                                  _____
                                  MICHAEL J. WATANABE
                                  U.S. MAGISTRATE JUDGE
                                  DISTRICT OF COLORADO